IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:96-00120 |
| | ) | |
| EARL MORRIS, et al. | ) | |

### O R D E R

Before the Court is Defendant Earl Morris' Motion to Terminate Supervised Release and Declaration, Document #705, and the Government's Response, Document #707.

Defendant's Motion to Terminate Supervised Release, Document #705, is **DENIED**. Movant has only served one year of a five-year sentence of supervision. The Court is confident that the Probation Office will use only that amount of supervision necessary and will be mindful of Movant's physical condition.

It is so ORDERED.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge