UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:96-00120 |
| ) | |
| LARRY TURNLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

As set forth in the response of the Government, Mr. Turnley is not entitled to the relief he seeks.

Mr. Turnley's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2), Document #702, is **DENIED**.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior United States District Judge