UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:96-00120 |
| LARRY TURNLEY, | ) | |
| Defendant. | ) | |

## ORDER

Defendant's Motion to Reconsider, Document #715, is **DENIED**. The marijuana equivalence of the powder cocaine alone is 4,000 kilos, without any consideration of the crack equivalence. Thus, the guideline range is unaffected by the Amendment.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior United States District Judge